UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAMISHA THORNE, on behalf of herself
and others similarly situated,

                              Case No.  21 cv 2645 (WFK) (PK)

                Plaintiff,                    **NOTICE OF MOTION FOR**
                                                            **DEFAULT JUDGMENT**

                -against-

THE GOOD HOPE RESTAURANT OF
BROOKLYN, LLC (d/b/a GOOD HOPE
RESTAURANT) and CHARMINE SMITH,

                Defendants.
-------------------------------------------------------------------X

      Please take notice that upon the accompanying Memorandum of Law, Affidavit of Plaintiff Tamisha Thorne, Affirmation of Brian L. Greben, Esq., and annexed materials, Plaintiff shall move this Court before the Hon. Judge William F. Kuntz II, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn New York, on the 20th Day of September 2021, by her undersigned attorneys, for a default judgment against the defendants, and each of them, pursuant to FRCP 55(b)(2) and Local Rule for the Eastern District of New York 55.2, together with such other and further relief, as this Court may deem appropriate.

Dated:  Great Neck, New York
           August 30, 2021

                                                LAW OFFICE OF BRIAN L. GREBEN

                                                /s/ Brian L. Greben
                                               Brian L. Greben
                                               316 Great Neck Road
                                               Great Neck, NY 11021
                                               (516) 304-5357
                                               brian@grebenlegal.com