UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TAMISHA THORNE, on behalf of herself
and others similarly situated,

                                  21 cv 2645 (WFK) (PK)

                     Plaintiff,

          -against-                               JUDGMENT

THE GOOD HOPE RESTAURANT OF
BROOKLYN, LLC (d/b/a GOOD HOPE
RESTAURANT) and CHARMINE SMITH,

                   Defendants.
---------------------------------------------------------------X

## JUDGMENT

On May 11, 2021 this action was commenced by Plaintiffs' filing of the Complaint and this Court's issuance of the summons. The Complaint sets forth claims for relief against defendants for: failure to pay minimum wage, in violation of 29 U.S.C. § 201, *et seq.*; failure to pay minimum wage, in violation of New York Labor Law, § 201, *et seq.*; failure to pay overtime, in violation of 29 U.S.C. § 201, *et seq.*; failure to pay overtime, in violation of 12 NYCRR § 146, *et seq.*; failure to pay spread of hours wages, in violation of 12 NYCRR § 146-1.6; failure to issue require wage statements in violation of New York Labor Law §§ 195, 198 *et seq.*, and 12 NYCRR § 146, *et seq*; and failure to issue paystubs in violation of New York Labor Law §§ 195, 198 *et seq.*, and 12 NYCRR § 146, *et seq.* The summons and complaint and the amended answer in this action having been duly served on the above-named defendants The Good Hope Restaurant of Brooklyn, LLC (d/b/a good Hope Restaurant) and Charmine Smith, and defendants having failed to plead or otherwise defend in this action, and said default having been duly noted,

NOW, on application of Law Office of Brian L. Greben, the attorneys for the Plaintiff, and upon the pleadings, the August 28, 2021 Affidavit of Plaintiff, Plaintiff's August 30, 2021

submissions in support of the motion for default judgment, and all Exhibits annexed thereto, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Tamisha Thorne, has judgment against the defendants The Good Hope Restaurant of Brooklyn, LLC (d/b/a good Hope Restaurant) and Charmine Smith as follows:

a) Compensatory damages in the amount of $32,109.00;

b) Liquidated damages in the amount of $32,109.00;

c) Pre-judgment interest, accruing at a rate of 9% *per annum* from the date of each relevant pay period through the date of this judgment, in the amount of $ 7,504.17 ;

d) Post-judgment interest, accruing at a rate of 9% *per annum* from the date of this judgment;

e) Statutory damages for failure to issue wage statements in the amount of $5,000.00;

f) Statutory damages for failure to issue paystubs in the amount of $5,000.00;

g) Attorney's fees in the amount of $15,120.00; and

h) Court costs and fees of $540.36,

all computed as provided in 28 U.S.C. § 1961(a) for a total of $ 97,382.53 .

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Plaintiff shall serve this Order on defendant within seven (7) days of the Order.

Dated: \_\_\_\_March 16, 2022\_\_\_\_, ~~2021~~

s/ WFK
_____
Hon. William F. Kuntz, II, U.S.D.J.